No. 246. LUCY TOM, NÉE BIGPOND, ET AL. *v.* C. C. MILLS. Error to the Supreme Court of the State of Oklahoma. January 2, 1924. Dismissed with costs, per stipulation. *Mr. Finis E. Riddle* and *Mr. James J. Mars*

263 U. S.   Cases Disposed of Without Consideration by the Court.

for plaintiffs in error.  *Mr. Albert H. Bell* and *Mr. Ray S. Fellows* for defendant in error.

----

